IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EARTH PRIDE ORGANICS, LLC, and LANCASTER FINE FOODS, INC., | : : : | |
| Debtors. | : | CIVIL ACTION NO. 18-mc-186 |

# **ORDER**

**AND NOW**, this 23rd day of May, 2019, after considering the motion for withdrawal of the reference pursuant to 28 U.S.C. § 157(d) and Local Civil Rule 5011-1 filed by Dalmatia Import Group, Inc. (Doc. No. 1), the response in opposition to the motion filed by the debtors, Earth Pride Organics, LLC and Lancaster Fine Foods, Inc. (Doc. No. 4), the transcript of the hearing before the Honorable Eric L. Frank of the United States Bankruptcy Court for the Eastern District of Pennsylvania (Doc. No. 3), and the bankruptcy court docket; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for withdrawal of reference (Doc. No. 1) is **DENIED**; and

2. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.